USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENISA ANGELES, *on behalf of herself and all others similarly situated*,

                                  Plaintiff,

-against-

SPORTS MACHINE, INC.,

                                  Defendant.
-----------------------------------------------------------------X

1:20-cv-09325-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than February 17, 2021. Dkt. No. 5. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than February 22, 2021.

Plaintiff is directed to serve a copy of this order on Defendant.

SO ORDERED.

Dated: February 20, 2021

                                                                        GREGORY H. WOODS
                                                                    United States District Judge